UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
COLONY INSURANCE COMPANY,

                         Plaintiff,

-against-

RIVERSIDE CENTER SITE 5 OWNER LLC,

                        Defendant.
---------------------------------------------------------------- x

**ORDER EXTENDING TIME TO FILE OPPOSITION AND DENYING MOTION TO STAY**

22 Civ. 06041 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Riverside's motion to extend time to file opposition papers of Plaintiff Colony's motion for summary judgment is enlarged so that it is due August 21, 2023. No further enlargements will be granted. Defendant's motion to stay the motion is denied. Riverside can state its opposition conforming to R. 56(d), Fed. R. Civ. P., along with all other reasons known to it. The clerk shall terminate ECF Nos. 34 and 37.

      SO ORDERED.

Dated:    August 4, 2023
             New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge