# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, New York 10532
DIRECT (914) 586-7006 | MAIN (914) 347-2600 | FAX (914) 347-8898

Jonathan R. Harwood | Partner | jharwood@tlsslaw.com

> Plaintiff's request is granted. Plaintiff shall file an amended complaint by May 8, 2024. The case management conference scheduled for April 12, 2024 is adjourned until May 10, 2024 at 10 a.m.
>
> SO ORDERED
>
> /s/ Alvin K. Hellerstein
> U.S.D.J.
> April 8, 2024

April 4, 2024

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: Colony Insurance Company v. Riverside Center Site 5 Owner LLC
Civil Action No.     :     22-cv-06041

Dear Judge Hellerstein:

This firm represents Colony Insurance Company ("Colony") in the captioned matter. The Court has directed Colony to amend the complaint by April 11, 2024 and that the parties appear for a telephone conference on April 12, 2024 at 10:00 a.m. We are in the process of transferring this case to new counsel, who will be substituting in as counsel for Colony. We thus request a 30 day extension of the time to amend the complaint, and a 30 adjournment of the conference, to allow for the transfer of this file and for new counsel to familiarize himself with this matter. Counsel for Riverside Center Site 5 Owner LLC has consented to this request.

Thank you for your consideration of this matter.

Sincerely,

*Jonathan Harwood*

Jonathan R. Harwood

JRH/

cc:    All Counsel of Record (via ECF)