UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                             :

COLONY INSURANCE COMPANY,         :        **ORDER REGULATING**

                             :        **PROCEEDINGS**

               Plaintiff,        :

                             :

     -against-                   :        22 Civ. 6041 (AKH)

                             :

RIVERSIDE CENTER SITE 5 OWNER LLC,  :

                             :

             Defendant.     :

                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        As ordered at the conference on May 10, 2024, Colony, by affidavit of an officer with direct knowledge, shall clarify the matter of its standing as described in my order of April 1, 2024 by the adjourned date of May 24, 2024, after which the case will be dismissed.  Counsel for Riverside shall file an affidavit by May 24, 2024 as to who employed Mr. Sanchez on the date of his accident and a showing that the accident occurred while in the scope of his employment of that contractor.

        SO ORDERED.

Dated:      May 13, 2024                     /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                  United States District Judge