UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                        :

COLONY INSURANCE COMPANY,                 :

                                                                                        : **ORDER REGULATING**
                                       Plaintiff,                : **PROCEEDINGS**

          -against-                                      : 22 Civ. 6041 (AKH)

RIVERSIDE CENTER SITE 5 OWNER LLC,  :

                                   Defendant.              :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Trial is scheduled for September 30, 2024, at 10 a.m. in Courtroom 14D. The final pretrial conference will be held on September 25, 2024, at 10:30 a.m. There will be no adjournments.

        SO ORDERED.

Dated:      June 3, 2024                                          /s/ Alvin K. Hellerstein
               New York, New York                         ALVIN K. HELLERSTEIN
                                                                          United States District Judge