```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
COLONY INSURANCE COMPANY,                                     :
                                                              :     ORDER GRANTING
                                              Plaintiff,      :     PLAINTIFF'S MOTION AND
                                                              :     DENYING DEFENDANT'S
                -against-                                     :     MOTIONS
                                                              :
RIVERSIDE CENTER SITE 5 OWNER LLC,                            :     22 Civ. 6041 (AKH)
                                                              :
                                              Defendant.      :
                                                              :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I have before me Defendant's second motion for summary judgment, filed June 27, 2024 at ECF No. 73, Defendant's motion to deem the motion for summary judgment unopposed, filed July 25, 2024 at ECF No. 74, Plaintiff's motion for an enlargement, filed July 30, 2024 at ECF No. 75, and Defendant's second motion to deem the motion for summary judgment unopposed, filed August 15, 2024 at ECF No. 77.

      Plaintiff's motion for an enlargement is granted. Plaintiff shall file its opposition papers by August 30, 2024, with Defendant's reply to be filed by September 6, 2024. Defendant's motions to deem the motion for summary judgment unopposed are denied. There can be no prejudice because of the short delay involved. The Clerk shall terminate the open motions at ECF Nos. 74, 75, and 77.

      SO ORDERED.

Dated:    August 15, 2024                               /s/ Alvin K. Hellerstein
            New York, New York                     ALVIN K. HELLERSTEIN
                                                                   United States District Judge