UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                   :

COLONY INSURANCE CO.,                          :

                                                   :         **ORDER REGULATING**
                        Plaintiff,          :         **PROCEEDINGS**

                    -against-             :         22 Civ. 6041 (AKH)

RIVERSIDE CENTER SITE 5 OWNER LLC,   :

                     Defendant.    :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A status conference having been held on November 1, 2024, the following steps will occur: all fact discovery must conclude by December 31, 2024, and Plaintiff must show by November 15, 2024 that this Court has case or controversy jurisdiction. The Court wishes to know the relationship between State Farm and Colony Insurance in providing insurance coverage to Riverside, under what reservations State Farm is providing its defense of Riverside in state court, and by what right it might tender its defense to Colony. The Court additionally wishes to know the status of the lawsuit in state court. The parties will next appear at a status conference on January 17, 2025 at 10 a.m., to be conducted by telephone.

       SO ORDERED.

/s/ Alvin K. Hellerstein

Dated:    November 1, 2024
              New York, New York                  ALVIN K. HELLERSTEIN
                                                                  United States District Judge