UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
COLONY INSURANCE CO.,                                          :
                                                               :     **ORDER REGULATING**
                                            Plaintiff,         :     **PROCEEDINGS**
                                                               :
            -against-                                          :     22 Civ. 6041 (AKH)
                                                               :
RIVERSIDE CENTER SITE 5 OWNER LLC,                             :
                                                               :
                                            Defendant.         :
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The parties shall submit briefing to the Court as to Article III case-or-controversy

jurisdiction by January 31, 2025.  The parties shall complete all discovery no later than March

21, 2025 and shall next appear at a telephonic status conference to be held on March 21, 2025 at

10:00 a.m.


          SO ORDERED.

                                                            /s/ Alvin K. Hellerstein
Dated:         January 17, 2025                     _____
               New York, New York                        ALVIN K. HELLERSTEIN
                                                         United States District Judge

1