UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
COLONY INSURANCE CO., :
: **SCHEDULING ORDER**
Plaintiff, :
: 22 Civ. 6041 (AKH)
-against- :
:
RIVERSIDE CENTER SITE 5 OWNER LLC, :
:
Defendant. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference scheduled for March 21, 2025 is adjourned to May 16, 2025 at 10:00 a.m.  An order with the dial-in information for that telephone conference will be issued at a later date.

      SO ORDERED.

Dated:    March 20, 2025                              /s/ Alvin K. Hellerstein
            New York, New York                  ALVIN K. HELLERSTEIN
                                                          United States District Judge