UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                         :

COLONY INSURANCE CO,                  :

                                     :    **<u>ORDER</u>**

                 Plaintiff,      :

     v.                               :    22 Civ. 6041 (AKH)

                                           :

RIVERSIDE CENTER SITE 5 OWNER LLC,   :

                                           :

                Defendant.    :

                                           :
----------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.

      All pending court dates are cancelled. The Clerk is directed to terminate any open motions and close the case.

                  SO ORDERED.

Dated:        January 9, 2026                        /s/ Alvin K. Hellerstein  
                 New York, New York               ALVIN K. HELLERSTEIN
                                              United States District Judge